Date: 03/30/11

# DIVIDENDS REMITTED TO THE COURT
Check Number 111 Dated 03/30/11
Case Number 09-33329 - RIESCHL, MATTHEW R

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| YELLOW BOOK PACIFIC<br>C/O RMS BANKRUPTCY RECOVERY SRVCS<br>PO BOX 5126<br>TEMONIUM MD 21094<br>    FINAL DISTRIBUTION<br>    A02C07 | 000001 | 330.00 | 3.14 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM'S CLUB BRC<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>    FINAL DISTRIBUTION<br>    2613 | 000016 | 107.78 | 1.03 |
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of GE Capital - Wedding Day<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131<br>    FINAL DISTRIBUTION<br>    3219 | 000018 | 507.61 | 4.83 |
| ---------- Remittance Total --------------- | | 945.39 | 9.00 |

*[signature]*
John A. Hedback, Trustee